## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIE FRANKLIN**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:18-cv-01335-NJR-RJD |
| | ) |
| **LESSIE BATES DAVIS** | ) |
| **NEIGHBORHOOD HOUSE** | ) |
| **and REONA WISE**, | ) |
| | ) |
| Defendants. | ) |

### JOINT MOTION FOR APPROVAL OF
### FLSA PORTION OF SETTLEMENT AGREEMENT AND RELEASE

Plaintiff Willie Franklin and Defendants Lessie Bates Davis Neighborhood House, Inc. and Reona Wise, by and through their respective counsel, move this Court for approval of the settlement and release of Plaintiff's Fair Labor Standards Act claims in this matter. In support of this Motion, the Parties are concurrently submitting a Memorandum in Support of this Joint Motion for Approval of FLSA Portion of the Settlement Agreement, and incorporate that Memorandum as if fully set forth herein.

For the reasons set forth herein in the Memorandum in Support, the Parties respectfully request that the Court issue an order approving the attached Settlement Agreement and Release as fair, reasonable, and adequate, and for such further relief as the Court deems just and proper.

Respectfully submitted,

| KENNEDY HUNT, P.C. | MCMAHON BERGER, P.C. |
|---|---|

*/s/MaryAnne Quill (with consent)*  */s/ Rex. P. Fennessey*

Thomas E. Kennedy, III  
Saran Jane Hunt  
MaryAnne Quill  
906 Olive Street, Ste. 200  
St. Louis, Missouri 63101  
(314) 872-9041 - Telephone  
(314) 872-9043 - Facsimile  

*Attorneys for Plaintiff*

Rex P. Fennessey #58925MO  
2730 North Ballas Road, Suite 200  
St. Louis, MO  63131-3039  
(314) 567-7350 – Telephone  
(314) 567-5968 – Facsimile  
fennessey@mcmahonberger.com  

*Attorneys for Defendant Lessie Bates Davis Neighborhood House, Inc.*

BROWN & JAMES, P.C.

*/s/ Denise Baker-Seal (with consent)*

Denise Baker-Seal, #6255589  
Richland Plaza I  
525 W. Main Street, Ste. 200  
Belleville, IL 62220-1547  
(618) 235-5590 – Telephone  
(618 235-5591  – Facsimile  
dseal@bjpc.com  

*Attorneys for Defendant Reona Wise*