IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIE FRANKLIN,<br><br>           **Plaintiff,**<br><br>v.<br><br>LESSIE BATES DAVIS NEIGHBORHOOD HOUSE and REONA WISE,<br><br>           **Defendants.** | Case No. 3:18-cv-01335-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal dated December 30, 2019 (Doc. 53), this action was **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    DATED:   January 6, 2020

                                                          MARGARET M. ROBERTIE,
                                                          Clerk of Court

                                                          By:  s/ *Deana Brinkley*
                                                                     Deputy Clerk

APPROVED:   /s/ Nancy J. Rosenstengel
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**